# IN IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LUIS ALFREDO JACOBO,<br>a/k/a "Lokz,"<br>        Defendant. | Case No. 21-CR-102-CVE |

## Motion for Detention Hearing

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e) and (f), and hereby requests that the Court hold a hearing pending trial to determine whether any condition, or combination of conditions, as set forth in 18 U.S.C. § 3142(c), will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community.

Dated this 1ST day of November, 2021.

Respectfully submitted,

CLINTON J. JOHNSON
Acting United States Attorney

 /s/ *Thomas E. Duncombe*
Thomas E. Duncombe, D.C. Bar #1029476
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119-1029
Thomas.duncombe@usdoj.gov