IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| United States of America | Plaintiff(s), | |
|---|---|---|
| vs. | | Case No.:21-CR-102-CVE |
| Luis Alfredo Jacobo | Defendant(s). | Criminal Information Sheet |

Date: __11/1/2021__    Interpreter: Yes ☐   No ☒

Magistrate Judge Huntsman        Deputy Dusty Gross        USPO J. Basinger
Date of Arrest: __10/6/2021__   Arrested By: _____   ☒ Detention Requested by AUSA
Bail Recommendation __--__        ☐ Unsecured

**Additional Conditions of Release:**

☐ a. ☐ b. _____    ☐ l ☐ m ☐ n ☐ o ☐ p ☐ q ☐ r ☐ s
☐ c. ☐ d..          ☐ t (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7)
☐ e. _____         ☐ u (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6 ☐ 7)
☐ f. ☐ g. ☐ h. ☐ i. ☐ j.   ☐ v (☐ 1, ☐ 2, ☐ 3, ☐ 4, ☐ 5, ☐ 6, ☐ 7, ☐ 8, ☐ 9, ☐ 10)
☐ k.(☐ ii, ☐ ii, ☐ iii)   ☐ w (☐ 1, ☐ 2)    ☐ x. (other) _____

Defendant Requests Federal Public Defender/Ct. Appt. Counsel:   x  Yes   ☐ No
Defendant's Attorney. __Michael Noland__    ☐ FPD;   ☒ Ct. Appt;   ☐ Ret Counsel
AUSA:   Thomas Duncombe

**MINUTES:**

Interpreter: _____; ☐ Sworn

☒ Defendant appears ~~in person~~ for IA on: ☒ Indictment (SS); ☐ Information; ☐ Complaint; ☐ Petition; ☐ Rule 5
(By video) with: ☐ Ret Counsel; ☐ FPD; ☒ Ct. Appt; ☐ w/o Counsel
☒ Financial Affidavit received and FPD/CJA appointed; ☒ Present ☐ Not Present
Defendant's name as reflected in the indictment/information/complaint/petition/Rule 5 is the true and correct legal name:
    ☒ Verified in open court
    ☐ Corrected by interlineation to_____
    to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
    ☐ Unable to verify in open court: ☐ U.S. Atty. to verify & advise court; ☐ Defendant's Attorney to verify & advise court;
Waivers executed and filed:    ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☐ Bond set for _____; Bond and conditions of release executed
☐ Government's Motion for Detention and Detention Hearing filed in open court
☒ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ☒ Scheduling dates to be mailed to counsel
☐ Initial Appearance continued to: _____ at _____ a.m./p.m.
☐ Arraignment scheduled: _____ at _____ a.m./p.m.
☐ Detention Hearing scheduled: _____ at _____ a.m./p.m.
☐ Preliminary Exam scheduled: _____ at _____ a.m./p.m.
☒ Defendant remanded to custody of U.S. Marshal: ☒ Pending further proceeding; ☐ Pending release on bond for treatment
Mot. for Detention #__133__ ☐ Granted; ☐ Denied; ☒ Moot   Mot. for Hearing #__134__ ☐ Granted; ☐ Denied; ☒ Moot

Additional Minutes: __Defendant had detention hearing in Eastern District of California. Motions for Detention and hearing are moot.__

Criminal Information Sheet CR-24 (11/2020)