IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
        Plaintiff, )
)
vs. ) Case No. 21-CR-102-CVE
)
LUIS ALFREDO JACOBO, )
        Defendant. )

## WAIVER OF RIGHT TO SPEEDY TRIAL

Luis Alfredo Jacobo, Defendant in the above-captioned matter states as follows:

1. My attorney has explained to me under the Sixth Amendment of the United States Constitution and under the Speedy Trial Act provides I must be brought to trial within 70 days of my arraignment;

2. I understand a jury trial is scheduled December 20, 2021;

3. I am requesting the Court to Continue my case to March 2022 jury trial docket. I am agreeing to the resetting of my case for trial due to the following: I appeared for arraignment in this case on November 4, 2021. Counsel Michael Noland received notice that the Court has set a scheduling order setting Motions to be due in this case on November 8, 2021. As of November 4, 2021 Counsel has not received discovery in this matter. Upon emailing the United States Attorney he advised my attorney

in an email that "I can tell you in general terms, discovery in this case is voluminous." Based on the anticipated amount of discovery in this case and with only four (4) days to prepare motions, Counsel would not be able to effectively file Pre-Trial Motions, nor prepare for trial in the time set out in the Courts scheduling order.

4. I have read this waiver and I understand my right to a speedy trial and I am giving up that right by signing this paper. I understand the period of delay caused by the granting of the continuance will not be used in computing the seventy (70) day time limit for trial prescribed in the Speedy Trial Act;

5. I am signing this waiver voluntarily and of my own choice, free of threats or pressures from anyone.

Respectfully submitted,

_/s/ Luis for_  11-5-21
LUIS ALFREDO JACOBO   Date
Defendant

_____  11-5-21
Michael Wayne Noland   Date
Bar Number: 21768
435 N. Walker Avenue, Suite 105
Oklahoma City, OK 73102
Telephone: (405) 225-1311
Fax: (405) 225-1312
nolanddefensefirm@yahoo.com

## Certificate of Service

I hereby certify that on November 8, 2021, I electronically transmitted the above document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Thomas Eliot Duncombe, Assistant United States Attorney.

s/ Michael W. Noland