Case 4:21-cr-00102-CVE   Document 168 Filed in USDC ND/OK on 02/14/22   Page 1 of 1



**SEALED** ~~unsealed 9/30/21~~

AO 442 (Rev. 10/13) Arrest Warrant

Received
U.S. Marshals Service
2021 SEP 22 PM 1:31
N/OK

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

United States of America
v.
LUIS ALFREDO JACOBO,
a/k/a "Lokz"
Defendant

Case No. 21-CR-102-CVE

**FILED**
FEB 14 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    LUIS ALFREDO JACOBO, a/k/a "Lokz,"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Second Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 848(a), 848(b), 848(c), and 848(d) – Continuing Criminal Enterprise
21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) – Drug Conspiracy
21 U.S.C. § 853, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461 – Drug and Racketeering Forfeiture

Date: SEP 22 2021

_Issuing officer's signature_

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
_Printed name and title_

### Return

This warrant was received on (date) 9/22/2021, and the person was arrested on (date) 9/27/2021
At (city and state)   Eastern District of CA
Date: 10 February 2022

_Arresting officer's signature_

B. SNYDER, DUSM
_Printed name and title_

TED/tc    WOR-CA